# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MARTIN NOAH BOLTZ**                                                                 **PLAINTIFF**

**V.**                              **NO. 4:23CV135-JM**

**TRACTOR SUPPLY COMPANY**                                            **DEFENDANT**

## ORDER OF DISMISSAL

This case is dismissed with prejudice due to settlement. The Clerk is directed to close the case.

IT IS SO ORDERED this 8th day of October, 2024.

_____
James M. Moody Jr.
United States District Judge